U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 3 2014

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAROLYN A. HORNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-397-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the above-captioned action wherein Carolyn A. Horne is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under Title II, and supplemental security income benefits under Title XVI, of the Social Security Act. On May 14, 2014, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until May 28, 2014, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the magistrate

judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, that based on the application for a period of disability and disability insurance benefits filed on July 2, 2010, plaintiff, Carolyn A. Horne, is not disabled under sections 216(i) and 223(d) of the Social Security Act, and that based on the application for supplemental security income protectively filed on October 7, 2010, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED June 3, 2014.

_____
JOHN McBRYDE
United States District Judge